IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLES McCOY,

    Petitioner,

    v.

WARDEN, LONDON
CORRECTIONAL INSTITUTION,

    Respondent.

CASE NO. 2:14-CV-00304
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE KING

## ORDER

On June 11, 2014, the United States Magistrate Judge recommended that Respondent's motion to transfer the action to the United States Court of Appeals for the Sixth Circuit be granted. *Report and Recommendation,* Doc. No. 17.

Although the parties were advised of their right to object to that recommendation, and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation,* Doc. No. 17, is therefore **ADOPTED** and **AFFIRMED**. Respondent's *Motion to Dismiss or Transfer,* Doc. No. 14, is **GRANTED.** This action is hereby **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit, pursuant to 28 U.S.C. § 1631, as a successive petition within the meaning of 28 U.S.C. § 2244.

The Clerk is **DIRECTED** to terminate this action, as well as the motions reflected at Doc. Nos. 6, 10, 14 and 15.

          */s/ George C. Smith*
          **GEORGE C. SMITH, JUDGE**
          **UNITED STATES DISTRICT COURT**